Clyde V. HANSFORD, Appellant,

v.

Jack E. EVANS, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Roy E. Tooms, Brown & Tooms, London, Viley O. Blackburn, Smith & Blackburn, Somerset, for appellant.

Joe T. Roberts, Luker, Luker & Roberts, London, for appellee.

Memorandum Opinion of the Court by Special Commissioner CASS R. WALDEN, Affirming.*

Neal Gene GUYTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Matthew B. Quinn, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Elsie MILLS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Neville Smith, Manchester, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum opinion PER CURIAM, Affirming.*

Rose C. McELROY et al., Appellants,

v.

Wallace G. MAFFETT, Mayor of City of Richmond, Kentucky, et al., Appellees.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Steve Robbins, Richmond, for appellants.

Eugene Wiggins, Richmond, Robin Griffin, Miller, Griffin & Marks, Gerry Calvert, Lexington, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.